UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:-21-CV-20443-GAYLES/TORRES

**ODETTE BLANCO DE FERNANDEZ**
*née* **BLANCO ROSELL,**

    Plaintiff,

v.

**CROWLEY HOLDINGS, INC.** *et al.*,

    Defendants.
_____/

**AMENDED FIFTH AMENDED SCHEDULING ORDER**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **Monday, August 26, 2024**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, August 21, 2024**. A **Telephonic Status Conference** will be held at **10:00 a.m. on Wednesday, May 01, 2024**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Written lists containing the names and addresses of all witnesses intended to be called at trial by | **1/9/2024** |
| 2. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **10/27/2023** |
| 3. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **10/27/2023** |
| 4. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **12/20/2023** |
| 5. | Fact discovery shall be completed by | **10/6/2023** |
| 6. | Expert discovery shall be completed by | **1/19/2024** |
| 7. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **3/1/2024** |
| 8. | Mediation shall be completed by | **4/29/2024** |

9. All pretrial motions and memoranda of law, including motions in limine, shall be filed by     **7/12/2024**

10. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by     **8/14/2024**

**DONE AND ORDERED** in Chambers at Miami, Florida, this **Monday, July 24, 2023.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:  Chief Magistrate Judge Torres
     All Counsel of Record